IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10- |
| v. | : | DATE FILED: |
| GENNARO RAUSO | : | VIOLATIONS: |
| | | 18 U.S.C. § 1341 (mail fraud - 1 count) |
| | : | 18 U.S.C. § 157 (bankruptcy fraud - 1 count) |
| | : | 18 U.S.C. § 1029(a)(5) (access device fraud - 5 counts) |
| | : | 12 U.S.C. § 1709-2 (equity skimming - 4 counts) |
| | : | 18 U.S.C. § 1344 (bank fraud - 1 count) |
| | : | 26 U.S.C. § 7203 (failure to file federal income tax returns - 4 counts) |
| | : | 26 U.S.C. § 7206(1) (filing a materially false federal income tax return - 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | : | Notice of forfeiture |

# I N F O R M A T I O N

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this information:

### BACKGROUND

1. Defendant GENNARO RAUSO owned and operated several property management businesses, including D&B Property Investors ("D&B"), which he incorporated on June 17, 2005.

2. Defendant GENNARO RAUSO falsely claimed that D&B helped homeowners with foreclosure problems. In fact, defendant RAUSO operated D&B as part of a scheme to defraud mortgage companies by convincing distressed homeowners to transfer their